AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

WATSON, DERRICK K. | 2. Court or Organization

UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII | 3. Date of Report

11/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

UNITED STATES DISTRICT JUDGE, ACTIVE STATUS | 5a. Report Type (check appropriate type)

☑ Nomination    Date 11/14/2012
☐ Initial   ☐ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2011
to
11/01/2012 |

| 7. Chambers or Office Address

UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU, HI 96850 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR AND SECRETARY | PRINCE JONAH KUHIO KALANIANAOLE CHILD CARE CENTER (NON-PROFIT) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WATSON, DERRICK K. | 11/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WATSON, DERRICK K. | 11/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AMERICAN SAVINGS BANK | PHOTOVOLTAIC SYSTEM GREEN LOAN | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| WATSON, DERRICK K. | 11/14/2012 |

| Name of Person Reporting | Date of Report |
|---|---|
| WATSON, DERRICK K. | 11/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHOLARSHARE 529 PLAN AGE-BASED PORTFOLIO 0-4 | | None | J | T | Exempt | | | | |
| 2. SCHOLARSHARE 529 PLAN AGE-BASED PORTOFOLIO 5-8 | | None | K | T | | | | | |
| 3. FIDELITY BLUE CHIP VALUE FUND | A | Dividend | K | T | | | | | |
| 4. FIDELITY EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 5. FIDELITY FIFTY | A | Dividend | K | T | | | | | |
| 6. FIDELITY INDEPENDENCE FUND | A | Dividend | K | T | | | | | |
| 7. FIDELITY INTERNATIONAL DISCOVERY FUND | A | Dividend | J | T | | | | | |
| 8. FIDELITY INVESTMENT GRADE BOND FUND | A | Interest | K | T | | | | | |
| 9. FIDELITY NEW MILLENIUM FUND | A | Dividend | K | T | | | | | |
| 10. FIDELITY STOCK SELECTOR SMALL CAP FUND | | None | J | T | | | | | |
| 11. FIDELITY TOTAL BOND FUND | C | Interest | L | T | | | | | |
| 12. FIDELITY VALUE STRATEGIES FUND | A | Dividend | K | T | | | | | |
| 13. CLEAN ENERGY FUELS CORPORATION STOCK | A | Dividend | J | T | | | | | |
| 14. FIRST TRUST ISE REVERE NATURAL GAS INDEX FUND | A | Dividend | J | T | | | | | |
| 15. GENERAL ELECTRIC COMPANY STOCK | A | Dividend | K | T | | | | | |
| 16. GREATER CHINA FUND INC. | A | Dividend | J | T | | | | | |
| 17. JOHNSON & JOHNSON STOCK | A | Dividend | | | | | | | |

1. Income Gain Codes:    A - $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 - $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 - More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | PRIME MONEY MARKET RBC RESERVE | A | Interest | J | T | | | | | |
| 19. | NAVISTAR INTERNATIONAL CORP. STOCK | A | Dividend | J | T | | | | | |
| 20. | WISDOM TREE INDIA EARNINGS FUND | A | Dividend | J | T | | | | | |
| 21. | WISDOM TREE INTERNATIONAL BASIC MATERIALS FUND | A | Dividend | | | | | | | |
| 22. | AMERICAN SAVINGS BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 23. | HONOLULU FEDERAL CREDIT UNION ACCOUNTS | A | Interest | J | T | | | | | |
| 24. | U.S. TREASURY SAVINGS BONDS | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K $15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 7

Name of Person Reporting

WATSON, DERRICK K.

Date of Report

11/14/2012

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT
Page 6 of 7

Name of Person Reporting

WATSON, DERRICK K.

Date of Report

11/14/2012

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WATSON, DERRICK K. | 11 14 2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DERRICK K. WATSON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 15 | 029 | Notes payable to banks-secured | | | |
| U.S. Government securities – see schedule | | 8 | 925 | Notes payable to banks-unsecured | | 45 | 000 |
| Listed securities -- see schedule | | 497 | 706 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- personal residence | 1 | 009 | 079 |
| Real estate owned-add schedule | 1 | 365 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 87 | 000 | Thrift Savings Plan loans | | 64 | 716 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 158 | 269 | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 118 | 795 |
| | | | | Net Worth | 1 | 013 | 134 |
| Total Assets | 2 | 131 | 929 | Total liabilities and net worth | 2 | 131 | 929 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |